IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARRON R. PERKINS, Inmate #SD328367, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   CIVIL NO. 05-754-MJR<br>) |
| ST. CLAIR COUNTY JAIL and WEXFORD HEALTH SERVICES, | )<br>)<br>) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

On October 18, 2005, Plaintiff filed the instant complaint against Defendants and paid the $250.00 filing fee. On November 7, 2005, Plaintiff forwarded two USM-285 forms to the Clerk's office to effect service upon defendants. The action now comes before the Court on Plaintiff's letter to the Honorable G. Patrick Murphy, Chief Judge of the United States District Court for the Southern District of Illinois, in which Plaintiff requests an update on the status of the case.

Initially, the Court informs Mr. Perkins that ex-parte correspondence with the Court is improper and will not be tolerated in the future. The only appropriate way to seek relief from the Court is to file a motion with the clerks office with service on the opposing party. Additionally, this case is assigned to the undersigned Judge and not Chief Judge Murphy. Correspondence with him is similarly inappropriate.

The action is currently in threshold status, awaiting the Court's review pursuant to 28 U.S.C. § 1915A. If the claims in the complaint survive that threshold review, the Court will order service

upon defendants, using the USM-285 forms currently in the Clerk's possession.  Plaintiff need not take any further action until ordered to do so by the Court.

**IT IS SO ORDERED.**

**DATED this 10th day of August, 2006.**

                                          **s/ Michael J. Reagan**
                                          **MICHAEL J. REAGAN**
                                          **United States District Judge**