IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRON R. PERKINS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **05-754-MJR-CJP** |
| ) | |
| **ST. CLAIR COUNTY JAIL, et al.,** ) | |
| ) | |
| Defendants. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for "continuous response to discovery," which, when read together with plaintiff's motion to "clarify, are construed as seeking a stay of discovery until counsel is appointed to represent plaintiff, and extension of time to respond to outstanding discovery requests. **(Docs. 20 and 24).**

By separate order the Court has denied plaintiff's motion for appointment of counsel. Therefore, no stay is warranted, but a brief extension of time is necessary to permit plaintiff to respond to a backlog of discovery requests from the defendants.

**IT IS THEREFORE ORDERED** that plaintiff's motion for "continuous response to discovery" **(Doc. 20)** is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that plaintiff's motion for an extension of time to respond to outstanding discovery requests **(Doc. 24)** is **GRANTED**, in that on or before **February 1, 2008**, plaintiff shall respond to all outstanding discovery requests propounded by the defendants.

**DATED: January 4, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**