IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DARRON R. PERKINS**,                          )
                                                )
                        Plaintiff,              )
                                                )
V.                                              )                Civil No.  **05-754-MJR-CJP**
                                                )
**ST. CLAIR COUNTY JAIL, et al.,**              )
                                                )
                        Defendants.             )

**<u>ORDER</u>**

**PROUD, Magistrate Judge:**

Before the Court is defendant Mearl Justus's motion to compel plaintiff Perkins to respond to interrogatories and requests for production propounded on or about December 12, 2007.  **(Doc. 40).**  A review of the record reveals that plaintiff was granted until May 30, 2008, to respond to the subject discovery requests. **(Doc. 41).**  Therefore, defendant Justus's motion appears to be moot.

Further review of the record indicates that plaintiff's objection to proceeding with discovery without appointed counsel was rebuffed by U.S. District Judge Michael J. Reagan. **(Doc. 42).**  No further pleadings directed at this discovery issue have been filed.  Therefore, the Court will assume that plaintiff has now complied with defendant Justus's discovery requests.  If that is not the situation, defendant Justus must file a new motion to compel.

**IT IS THEREFORE ORDERED** that **(Doc. 40)** is **DENIED AS MOOT.**

**DATED: October 21, 2008**

                                        **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **U. S. MAGISTRATE JUDGE**