IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DARRON R. PERKINS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **05-754-MJR-CJP** |
| | ) | |
| **ST. CLAIR COUNTY JAIL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for an order compelling the defendants or other individuals to produce a wide variety information relative to this action, and/or to identify individuals with knowledge relative to this action. **(Doc. 78).**

Plaintiff must acquire the information he seeks though the discovery methods prescribed in the Federal Rules of Civil Procedure. Plaintiff has not demonstrated that he has properly requested the information he now seeks, nor has he demonstrated that any defendant has improperly refused to comply with a proper discovery request.

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 78)** is **DENIED** in all respects.

DATED: April 27, 2009

                                             **s/ Clifford J. Proud**
                                             **CLIFFORD J. PROUD**
                                             **U. S. MAGISTRATE JUDGE**